UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES BILLOTTE AND** | * | **CIVIL ACTION** |
| **TAYLOR WYMAN** | * | |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **GALLATIN MARINE** | * | |
| **MANAGEMENT, LLC** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*

**<u>COMPLAINT</u>**

Complainants, **JAMES BILLOTTE and TAYLOR WYMAN**, persons of the full age of majority, through undersigned counsel, bring this action against **GALLATIN MARINE MANAGEMENT, LLC**,  (hereinafter "respondent"), and avers:

**JURISDICTION**

**I.**

Jurisdiction of this Honorable Court is based on 46 U.S.C. § 10313, *et. seq.*.

**II.**

Parties named herein are as follows:

1.    Named Complainants herein are:

      a. **JAMES BILLOTTE**, a person of the full age of majority; and

      b. **TAYLOR WYMAN**, a person of the full age of majority.

    2.     Named Respondent herein is:

**GALLATIN MARINE MANAGEMENT, LLC**, a limited liability corporation with its principal place of business located at 128 Meadowlark Loop, Lafayette, Louisiana, authorized to do and doing business under the laws of the State of Louisiana and within the jurisdiction of this Honorable Court.

## FACTS

### III.

On or about June 15, 2013 **JAMES BILLOTTE** was employed by **GALLATIN MARINE MANAGEMENT, LLC** as Captain/DPO, seaman, and member of the crew of a vessel under the ownership, control and authority of defendant, **GALLATIN MARINE MANAGEMENT, LLC**.

### IV.

As per contract, **GALLATIN MARINE MANAGEMENT, LLC** contracted with **JAMES BILLOTTE** to provide a salary of $650 per day, training, and domestic travel wages at ½ of day rate wages.

### V.

On or about October 10, 2013 **JAMES BILLOTTE** ended his employment with **GALLATIN MARINE MANAGEMENT, LLC**.

### VI.

To date **JAMES BILLOTTE** has not been paid for his travel wages for two days and **GALLATIN MARINE MANAGEMENT, LLC** has provided him no explanation for its failure to pay following his demand for payment, a demand made on multiple occasions.

**VII.**

From 3 September through 7 October 2013, petitioner **TAYLOR WYMAN** was employed as a second officer aboard a vessel owned and operated by respondent **GALLATIN MARINE MANAGEMENT, LLC**.

**VIII.**

As per contract, **GALLATIN MARINE MANAGEMENT, LLC** contracted with **TAYLOR WYMAN** to provide a salary of $350 per day.

**IX.**

On or about 7 October, 2013 **TAYLOR WYMAN** ended his employment with **GALLATIN MARINE MANAGEMENT, LLC**.

**X.**

To date **TAYLOR WYMAN** has not been paid wages for three days and **GALLATIN MARINE MANAGEMENT, LLC** has provided him no explanation for its failure to pay following his demand for payment, a demand made on multiple occasions.

**CAUSES OF ACTION**

**XI.**

46 U.S.C. § 10313 imposes the duty upon an employer to pay any amount due under the terms of employment.

**XII.**

Pursuant to 46 U.S.C. § 10313, *et. seq.* **GALLATIN MARINE MANAGEMENT, LLC** was required to pay all wages due within specific deadlines; failure to pay within the mandated deadline imposes penalties.

## XIII.

**JAMES BILLOTTE** and **TAYLOR WYMAN** are entitled to recover all due payments for wages and travel wages in addition to the payment of penalties, attorney fees, and costs of this litigation pursuant to 46 U.S.C. § 10313, *et. seq.*

**WHEREFORE,** petitioners, **JAMES BILLOTTE** and **TAYLOR WYMAN,** pray for judgment against respondent, **GALLATIN MARINE MANAGEMENT, LLC**, in an amount as may be due and proper in the premises, and for all costs and disbursements in this action for all general and equitable relief.

Respectfully submitted,

**DELISE & HALL**

___s/Bobby J. Delise___
**BOBBY J. DELISE T.A. (#4847)**
7924 Maple Street
New Orleans, LA  70118
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com

- AND -

**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

*Counsel for Complainant,*
*JAMES BILLOTTE and*
*TAYLOR WYMAN*

**WAIVE SERVICE AT THIS TIME FOR:**

**GALLATIN MARINE MANAGEMENT, LLC**